UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DISPOSAL REDUCTION SERVICES, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>ALLIED WASTE SYSTEMS, INC.,<br><br>  Defendant. | Case No.:  23-cv-582-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Doc. No. 28]** |

The parties' Joint Motion to Dismiss [Doc. No. 28] is **GRANTED**. The case is dismissed with prejudice. The Clerk of Court is **DIRECTED** to close the case. The parties shall bear their own costs, expenses, and attorneys' fees. The Court retains jurisdiction over this matter to resolve all disputes arising out of the parties' settlement agreement, including interpretation and enforcement of the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). The Court's retention of jurisdiction shall last through **August 30, 2024**.

  IT IS SO ORDERED

Dated: March 4, 2024

Hon. Karen S. Crawford
United States Magistrate Judge